UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN LEE BALZANO,

        Petitioner,

v.                                             CASE NO. 6:08-cv-1082-Orl-35GJK

ATTORNEY GENERAL, STATE
OF FLORIDA, et al.,

        Respondents.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 12, 2009, Petitioner filed a Notice of Voluntary Dismissal (Doc. No.

11). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is **ORDERED**:

1.      This case is **DISMISSED WITHOUT PREJUDICE**. The Court notes,

however, that the dismissal without prejudice does not excuse Petitioner from the one-year

period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C.

§ 2244(d).

2.      The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 24th day of November 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 11/24
Counsel of Record
Steven Lee Balzano